RONALD K. ALBERTS (SBN: 100017)
LISA K. GARNER (SBN: 155554)
GORDON & REES LLP
633 West Fifth Street
Suite 4900
Los Angeles, CA 90071
Telephone: (213) 576-5000
Facsimile: (213) 680-4470

Attorneys for Defendants
PRUDENTIAL INSURANCE COMPANY
OF AMERICA, PILLSBURY WINTHROP LLP
EMPLOYEE LONG TERM DISABILITY PLAN, and
PILLSBURY WINTHROP LLP EMPLOYEE TERM
LIFE INSURANCE COVERAGE PLAN

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| ELISA LOWY,<br><br>        Plaintiff,<br><br>vs.<br><br>PRUDENTIAL INSURANCE COMPANY OF AMERICA; PILLSBURY WINTHROP LLP LONG TERM DISABILITY PLAN; PILLSBURY WINTHROP LLP EMPLOYEE TERM LIFE INSURANCE COVERAGE PLAN,<br><br>        Defendants. | CASE NO. C07 04357 JF PVT<br><br>**CERTIFICATION AND NOTICE OF INTERESTED PARTIES** |

TO THE COURT AND ALL PARTIES APPEARING OF RECORD:

The undersigned, counsel of record for Defendants PRUDENTIAL INSURANCE COMPANY OF AMERICA, PILLSBURY WINTHROP LLP EMPLOYEE LONG TERM DISABILITY PLAN, and PILLSBURY WINTHROP LLP EMPLOYEE TERM LIFE INSURANCE COVERAGE PLAN, certifies that the following listed parties have a direct, pecuniary interest in the outcome of this

1  case. These representations are made to enable the Court to evaluate possible
2  disqualification or recusal.

| PARTY | CONNECTION |
|---|---|
| Elisa Lowy | Plaintiff |
| Prudential Insurance Company of America, Pillsbury Winthrop LLP Employee Long Term Disability Plan, and Pillsbury Winthrop LLP Employee Term Life Insurance Coverage Plan | Defendants |
| Dated: October 25, 2007 | GORDON & REES LLP |

By: /s/_____
    Ronald K. Alberts
    Lisa K. Garner
    Attorneys for Defendants
    PRUDENTIAL INSURANCE
    COMPANY OF AMERICA,
    PILLSBURY WINTHROP LLP
    EMPLOYEE LONG TERM
    DISABILITY PLAN, and
    PILLSBURY WINTHROP LLP
    EMPLOYEE TERM LIFE
    INSURANCE COVERAGE
    PLAN