RONALD K. ALBERTS (SBN: 100017)
LISA K. GARNER (SBN: 155554)
GORDON & REES LLP
633 West Fifth Street
Suite 4900
Los Angeles, CA 90071
Telephone: (213) 576-5000
Facsimile: (213) 680-4470
Email: ralberts@gordonrees.com
Email: lgarner@gordonrees.com

Attorneys for Defendants
PRUDENTIAL INSURANCE COMPANY
OF AMERICA, PILLSBURY WINTHROP LLP
EMPLOYEE LONG TERM DISABILITY PLAN, AND
PILLSBURY WINTHROP LLP EMPLOYEE TERM LIFE INSURANCE
COVERAGE PLAN

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| ELISA LOWY,<br><br>　　　　　Plaintiff,<br><br>vs.<br><br>PRUDENTIAL INSURANCE COMPANY OF AMERICA; PILLSBURY WINTHROP LLP LONG TERM DISABILITY PLAN; PILLSBURY WINTHROP LLP EMPLOYEE TERM LIFE INSURANCE COVERAGE PLAN,<br><br>　　　　　Defendants. | CASE NO. C07 04357 JF PVT<br><br>**NOTICE OF CONTINUANCE OF CASE MANAGEMENT CONFERENCE**<br><br>Judge: Jeremy Fogel<br>Dept. 3<br><br>Date: March 14, 2008<br>Time: 10:30 a.m.<br>Dept.: 3 |

TO THE PLAINTIFF AND TO HER ATTORNEYS OF RECORD:

PLEASE TAKE NOTICE that on November 30, 2007, this court held a Case Management Conference. Defendants PRUDENTIAL INSURANCE COMPANY OF AMERICA, PILLSBURY WINTHROP LLP EMPLOYEE LONG TERM DISABILITY PLAN, and PILLSBURY WINTHROP LLP EMPLOYEE TERM LIFE INSURANCE COVERAGE PLAN appeared by and through their counsel of

-1-

record, Lisa K. Garner of Gordon & Rees LLP. No appearance from Plaintiff. This Court scheduled another Case Management Conference for March 14, 2008 at 10:30 a.m. Defendants offered to provide notice.

Dated: November 30, 2007　　　　　　　　　GORDON & REES LLP

By: _____
Ronald K. Alberts
Lisa K. Garner
Attorneys for Defendants
PRUDENTIAL INSURANCE
COMPANY OF AMERICA,
PILLSBURY WINTHROP LLP
EMPLOYEE LONG TERM
DISABILITY PLAN, and
PILLSBURY WINTHROP LLP
EMPLOYEE TERM LIFE
INSURANCE COVERAGE
PLAN