# UNITED STATES DISTRICT COURT
JUDGE JEREMY FOGEL, PRESIDING
COURTROOM NO. 3 - 5TH FLOOR

**CIVIL MINUTES**

**Court Proceedings:** Case Management Conference, November 30, 2007
**Case Number:** CV-07-4357-JF/PVT

**Courtroom Deputy Clerk:** Diana Munz
**Court Reporter:** Summer Clanton

---

TITLE:    **ELISA LOWY   V. PRUDENTIAL INSURANCE CO., ET AL**

           **PLAINTIFF**                            **DEFENDANT**

  **Attorneys Present:**                **Attorneys Present:** Lisa Garner

---

PROCEEDINGS:
    Case management conference held.  Counsel for defendants is present.
    Continued to 3/14/08 at 10:30 a.m. for further case management conference.