```
1   MELVYN D. SILVER (SBN: 48674)
    RUTH SILVER TAUBE (SBN: 169589)
2   SILVER & TAUBE
    23580 Mt. Charlie Rd.
3   Los Gatos, CA 95033
    Telephone: (408) 353-1868
4   Facsimile:  (408) 353-2328
    Email: MDSRST@cs.com
5
    Attorneys for Plaintiff
6

7   RONALD K. ALBERTS (SBN: 100017)
    LISA K. GARNER (SBN: 155554)
8   GORDON & REES LLP
    633 West Fifth Street
9   Suite 4900
    Los Angeles, CA 90071
10  Telephone: (213) 576-5000
    Facsimile: (213) 680-4470
11  Email: ralberts@gordonrees.com
    Email: lgarner@gordonrees.com
12
    Attorneys for Defendants
13  PRUDENTIAL INSURANCE COMPANY
    OF AMERICA, PILLSBURY WINTHROP LLP
14  EMPLOYEE LONG TERM DISABILITY PLAN, AND
    PILLSBURY WINTHROP LLP EMPLOYEE TERM LIFE INSURANCE
15  COVERAGE PLAN
```

(left margin: Gordon & Rees LLP / 633 West Fifth Street, Suite 4900 / Los Angeles, CA 90071)

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| ELISA LOWY, | CASE NO. C07 04357 JF PVT |
| Plaintiff, | **STIPULATION OF THE PARTIES TO CONTINUE PRIVATE ADR DEADLINE** |
| vs. | |
| PRUDENTIAL INSURANCE COMPANY OF AMERICA; PILLSBURY WINTHROP LLP LONG TERM DISABILITY PLAN; PILLSBURY WINTHROP LLP EMPLOYEE TERM LIFE INSURANCE COVERAGE PLAN, | Judge: Jeremy Fogel<br>Dept.  3 |
| Defendants. | |

-1-
STIPULATION OF THE PARTIES TO CONTINUE PRIVATE ADR DEADLINE

1  The Parties, by and through their respective counsel of record as set forth
2  below, hereby stipulate as follows:
3  WHEREAS, this Court entered an order on November 19, 2007 upon the
4  Stipulation of the Parties for a February 15, 2008 deadline to complete Private
5  ADR;
6  WHEREAS, the parties expected to conduct a mediation on February 7,
7  2008, but one of the parties' representative was unable to attend;
8  WHEREAS, the parties have rescheduled the private ADR session for
9  February 20, 2008;
10  WHEREAS, the next Case Management Conference is on March 14, 2008;
11  Accordingly, the parties jointly stipulate and request that this Court continue
12  the ADR deadline to February 29, 2008.

SILVER & TAUBE

DATED: January 28, 2008    By: /s/ Melvyn D. Silver
　　　　　　　　　　　　　　　　Melvyn D. Silver
　　　　　　　　　　　　　　　　Ruth Silver Taube
　　　　　　　　　　　　　　　　Attorneys for Plaintiff
　　　　　　　　　　　　　　　　ELISA LOWY

GORDON & REES LLP

DATED: January 28, 2008    By: /s/ Lisa K. Garner
　　　　　　　　　　　　　　　　Ronald K. Alberts
　　　　　　　　　　　　　　　　Lisa K. Garner
　　　　　　　　　　　　　　　　Attorneys for Defendants
　　　　　　　　　　　　　　　　PRUDENTIAL INSURANCE
　　　　　　　　　　　　　　　　COMPANY OF AMERICA,
　　　　　　　　　　　　　　　　PILLSBURY WINTHROP LLP
　　　　　　　　　　　　　　　　EMPLOYEE LONG TERM
　　　　　　　　　　　　　　　　DISABILITY PLAN, and
　　　　　　　　　　　　　　　　PILLSBURY WINTHROP LLP
　　　　　　　　　　　　　　　　EMPLOYEE TERM LIFE
　　　　　　　　　　　　　　　　INSURANCE COVERAGE
　　　　　　　　　　　　　　　　PLAN

-2-
STIPULATION OF THE PARTIES TO CONTINUE PRIVATE ADR DEADLINE