**E-filed 1/29/08**

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| ELISA LOWY,<br><br>　　　　　Plaintiff,<br><br>vs.<br><br>PRUDENTIAL INSURANCE COMPANY OF AMERICA; PILLSBURY WINTHROP LLP LONG TERM DISABILITY PLAN; PILLSBURY WINTHROP LLP EMPLOYEE TERM LIFE INSURANCE COVERAGE PLAN,<br><br>　　　　　Defendants. | CASE NO. C07 04357 JF PVT<br><br>[~~PROPOSED~~] ORDER TO CONTINUE PRIVATE ADR DEADLINE<br><br>Judge: Jeremy Fogel<br>Dept.   3 |

## ORDER

Pursuant to the Stipulation of the Parties to Continue Private ADR Deadline, the deadline to complete Private ADR is continued to February 29, 2008. IT IS SO ORDERED.

DATED: 1/29, 2008

_____
THE HONORABLE JEREMY FOGEL
United States District Court Judge

-1-
[PROPOSED] ORDER TO CONTINUE PRIVATE ADR DEADLINE

PRU/1047221/5329984v.1