UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| ELISA LOWY, <br>         Plaintiff, <br> V. <br> PRUDENTIAL INSURANCE, <br>         Defendant. | Case Number CV-07-4357-JF <br> Case Management Conference <br> April 25, 2008 <br> CLERK'S NOTICE |

To all Parties and Attorneys of Record:

A Case Management Conference has been set on April 25, 2008 at 10:30 a.m. before Judge Jeremy Fogel. Please report at that time to courtroom 3 on the 5th floor of the U.S. District Court, 280 S. First St., San Jose, California.

April 24, 2008

For the Court
Richard W. Wieking, Clerk

By: /s/
Diana Munz
Courtroom Deputy Clerk