| | |
|---|---|
| 1 | MELVYN D. SILVER (SBN: 48674) |
| | RUTH SILVER TAUBE (SBN: 169589) |
| 2 | SILVER & TAUBE |
| | 1339 Pauline Drive |
| 3 | Sunnyvale, CA 94087 |
| | Tel: (408) 737-2313 |
| 4 | Fax: (408) 737-2937 |
| | Email: MDSRST@cs.com |
| 5 | |
| | Attorneys For Plaintiff ELISA LOWY |
| 6 | |
| 7 | RONALD K. ALBERTS (SBN: 100017) |
| | LISA K. GARNER (SBN: 155554) |
| 8 | GORDON & REES LLP |
| | 633 West Fifth Street |
| 9 | Suite 4900 |
| | Los Angeles, CA 90071 |
| 10 | Telephone: (213) 576-5000 |
| | Facsimile: (213) 680-4470 |
| 11 | Email: ralberts@gordonrees.com |
| | Email: lgarner@gordonrees.com |
| 12 | |
| | Attorneys for Defendants |
| 13 | PRUDENTIAL INSURANCE COMPANY |
| | OF AMERICA, PILLSBURY WINTHROP LLP |
| 14 | EMPLOYEE LONG TERM DISABILITY PLAN, AND |
| | PILLSBURY WINTHROP LLP EMPLOYEE TERM LIFE INSURANCE |
| 15 | COVERAGE PLAN |

(Gordon & Rees LLP, 633 West Fifth Street, Suite 4900, Los Angeles, CA 90071)

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | | |
|---|---|---|
| ELISA LOWY, | ) | CASE NO. C07 04357 JF PVT |
| | ) | |
| Plaintiff, | ) | Judge: Jeremy Fogel |
| | ) | Courtroom: 3 |
| vs. | ) | |
| | ) | **STIPULATION OF THE** |
| PRUDENTIAL INSURANCE COMPANY OF AMERICA; PILLSBURY WINTHROP LLP LONG TERM DISABILITY PLAN; PILLSBURY WINTHROP LLP EMPLOYEE TERM LIFE INSURANCE COVERAGE PLAN, | ) ) ) ) ) ) | **PARTIES FOR DISMISSAL OF ACTION WITH PREJUDICE** |
| Defendants. | ) | |

-1-
STIPULATION OF THE PARTIES FOR DISMISSAL OF ACTION WITH PREJUDICE

IT IS HEREBY STIPULATED by and between the parties to this action through their designated counsel that the above-captioned matter be is dismissed with prejudice pursuant to Rule 41 of the Federal Rules of Civil Procedure.

DATED: April 25, 2008

SILVER &TAUBE

By: /s/ Melvyn D. Silver
Melvyn D. Silver
Ruth Silver Taube
Attorneys for Plaintiff
ELISA LOWY

DATED: April 25, 2008

GORDON & REES LLP

By: /s/
Ronald K. Alberts
Lisa K. Garner
Attorneys for Defendants
PRUDENTIAL INSURANCE COMPANY OF AMERICA, PILLSBURY WINTHROP LLP EMPLOYEE LONG TERM DISABILITY PLAN, and PILLSBURY WINTHROP LLP EMPLOYEE TERM LIFE INSURANCE COVERAGE PLAN

-2-
STIPULATION OF THE PARTIES FOR DISMISSAL OF ACTION WITH PREJUDICE