UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| ELISA LOWY,<br><br>　　　　　Plaintiff,<br><br>　vs.<br><br>PRUDENTIAL INSURANCE COMPANY OF AMERICA; PILLSBURY WINTHROP LLP LONG TERM DISABILITY PLAN; PILLSBURY WINTHROP LLP EMPLOYEE TERM LIFE INSURANCE COVERAGE PLAN,<br><br>　　　　　Defendants. | CASE NO. C07 04357 JF PVT<br><br>Judge: Jeremy Fogel<br>Courtroom: 3<br><br>[PROPOSED] ORDER ON STIPULATION OF THE PARTIES FOR DISMISSAL OF ACTION WITH PREJUDICE |

The above captioned matter of *Lowy v. Prudential*, et. al , case number C07 04357 JF PVT is hereby dismissed with prejudice against all parties who have appeared in this matter.

IT IS SO ORDERED:

DATED: April 25, 2008

*/s/ Jeremy Fogel*

THE HONORABLE JEREMY FOGEL
United States District Court Judge

-1-
[PROPOSED] ORDER ON STIPULATION OF THE PARTIES FOR DISMISSAL OF ACTION WITH PREJUDICE